**Order entered October 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00241-CV

### DAVID RAY BARNES, Appellant

### V.

### JENNIFER BARNES, Appellee

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-11126**

## ORDER

We **GRANT** appellant's motion to abate and remand for entry of findings of fact and conclusions of law. *See* TEX. R. CIV. P. 296, 297. We **ORDER** the Honorable Mary Brown, Presiding Judge of the 301st Judicial District Court of Dallas County, Texas to make findings of fact and conclusions of law in accordance with Texas Rule of Civil Procedure 297 within twenty (20) days of the date of this order. The findings of fact and conclusions of law shall be filed in a supplemental clerk's record with this Court within twenty-five (25) days of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Brown, Dallas County District Clerk Felicia Pitre, and all counsel of record.

We **ABATE** the appeal to allow the trial court to comply with this order.  The appeal will be reinstated thirty (30) days from the date of this order or when the Court receives the findings of fact and conclusions of law, whichever occurs sooner.

/s/     CRAIG STODDART
JUSTICE